IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

# EXPERT REPORT OF

# TERRY J. WESTEMEIR, CPA/ABV/CFF, CFE

Case No. CIV-14 – 853 - D

JOHN THOMAS TALLEY

v.

TIME INC., d/b/a SPORTS ILLUSTRATED MAGAZINE, *et. al.*

JUNE 5, 2017

1

EXHIBIT 1

# TERRY J. WESTEMEIR, CPA/ABV/CFF, CFE
## THE ANALYTICS GROUP, LLC

---

2105 East Fifteenth Street, Suite B ■ Tulsa, Oklahoma 74104 ■ Office (918) 856-3800 ■ Cell (918) 606-1510

June 5, 2017

Gary L. Richardson, Esquire
Charles L. Richardson, Esquire
Raymond Allred, Esquire
Alisa G. Hopkins, Esquire
Richardson Richardson Boudreaux
7447 S. Lewis Ave.
Tulsa, Oklahoma 74136

Re: John Thomas Talley v Time, Inc. d/b/a Sports Illustrated Magazine, et al.

Dear Mr. Gary Richardson, Mr. Charles Richardson, Mr. Allred and Ms. Hopkins:

You have asked me to prepare a report on my findings in the matter of John Thomas Talley ("Talley") v Time, Inc. d/b/a Sports Illustrated Magazine, et al., ("SI") United States District Court for the Western District of Oklahoma, Case No. CIV– 14 – 853 - D. It is my understanding that discovery in this matter is ongoing and much of the information necessary for me to conduct my analysis is not yet available. Therefore, I am submitting this as a preliminary report and reserve the right to amend this report, as necessary, as additional information and data become available.

This report and my analysis and opinions contained herein relate to the financial and economic impact, if any, realized by Time Inc., d/b/a Sports Illustrated Magazine, et.al. because of the publishing and circulation of a five-part publication entitled "The Dirty Game", the financial statement strength of Time Inc. and the contribution realized by Time, Inc. by its' publication of Sports Illustrated Magazine.

1

**Basis for and Statement of Opinion**

*Background*

Sports Illustrated Magazine ("SI") is an American sports media franchise owned by Time Inc. ("Time"). SI has over 3 million subscribers and is read by 23 million people each week. It was the first magazine with circulation over one million to win the National Magazine Award for General Excellence twice. Its swimsuit issue, which has been published since 1964, is now an annual publishing event that generates its own television shows, videos and calendars.

The original SI was published from 1936 to 1938 monthly. The SI name was sold to Dell Publications which released SI in 1949. This version lasted six issues before closing. The current SI was launched on August 16, 1954. SI introduced a number of innovations in sports coverage and publication. Among those innovations was the liberal use of color photos. SI became the first American full-color newsweekly. SI introduced scouting reports, high school Player of the Month awards, interactive CD-ROM incorporating player stats, video and highlights from the year in sports and created Sports Illustrated Play, a platform that offers sports league management software as a service.

SI has gained recognition though its awards and honors publications, its investigative reporting and its commemorative and special issues. In 1976 SI published "1976 A Year in Sports" as the first ever non-weekly SI Special Issue. In 2008 SI published a special issue titled "Texas Football". In 2010, SI published several "Originals" based on "Men Who Made College Football Great" at Texas A&M, Minnesota, Ohio State and Penn State. Starting in 2012 SI began publishing college conference football reviews. SI published a special flip cover for Stephen Curry's April 18-25, 2016 cover with "The Fashionable 50" covers appearing on the back side and presented upside down.

SI has also gained recognition for its special investigative reporting. For example, in 2011 SI published its full investigation into Lance Armstrong under the title of the "The Case against Lance Armstrong". The June 6, 2011 edition featured SI's special investigative report on Jim Tressel and Ohio State football. In a joint CBS News/SI investigation first reported in the spring of 2011 the crime among all football players on

2

the preseason top 25 teams was revealed. Another joint CBS News/SI investigation (December 2011) reported the growing connection between gangs and sports. In May 2013 SI issued its special report on Penn State football medical practices. Then, in the fall of 2013, the basis of the instant litigation, a five-part SI investigative report into the Oklahoma State football program called "The Dirty Game" was announced.

From the SI press release:

*"The Dirty Game," a SPORTS ILLUSTRATED special investigative report that looks into the transformation of a struggling college football program into a national powerhouse, is set to launch tomorrow morning on SI.com. The series is the result of a comprehensive 10-month investigation into the Oklahoma State University football program. It includes independent and on-the-record interviews with more than 60 former OSU football players who played from 2001 to '10, as well as current and former OSU football staffers.*

*The findings will be presented in a five-part series across SI's family of platforms, beginning with Part 1 (money), which launches on SI.com tomorrow at 9 a.m. ET and is this week's magazine cover story, on newsstands and tablets Wednesday. Additional live coverage can be found on SI Now, SI.com's live daily talk show weekdays at 1 p.m. ET) and across SI's social media outlets.*

*After 11 losing seasons in 12 years, OSU turned itself into one of the top programs in the nation. Since 2002, OSU has had 10 winnings seasons, earned its first Big 12 title and went to its first BCS Bowl. The report reveals that OSU went to extreme measures to build a winning program, with an increased willingness to cut corners and bend rules. The transgressions began under former coach Les Miles, who was the head coach in Stillwater from 2001 to '04 and is now the head coach at LSU, and continued under current head coach Mike Gundy, who was promoted from offensive coordinator in 2005.*

*SI executive editor Jon Wertheim, SI assistant managing editor Hank Hersch and SI.com executive editor B.J. Schecter oversaw the investigative report, which was written and reported by senior writers George Dohrmann and Thayer Evans.*

*"We wanted to take a comprehensive look at a big-time program, particularly one that made a rapid ascent," says Wertheim. "There's obviously a steady drumbeat of scandal in college sports - improper benefits here; a recruiting violation there - and plenty of rumor and hearsay about the unseemly underbelly. For this piece, we were more about venturing inside the factory and seeing how the sausage is made."*

*Parts 2 - 4 of the report continue on SI.com this week and the series culminates in next week's SI issue and on SI.com. In addition, SI.com will feature videos of former Cowboys talking about their experiences in Stillwater. SI Now will have live coverage and reaction throughout the week. The series will run as follows:*

- ***Part 1: Money** (On SI.com Tuesday, 9/10 and in the 9/16/13 SI issue): SI finds that OSU used a bonus system orchestrated by an assistant coach whereby players were paid for their performance on the field, with some stars collecting $500 or more per game. In addition, the report finds that OSU boosters and at least two assistant coaches funneled money to players via direct payments and a system of no-show and sham jobs. Some players say they collected more than $10,000 annually in under-the-table payouts.*
- ***Part 2: Academics** (On SI.com Wednesday, 9/11): Widespread academic misconduct, which included tutors and other OSU personnel completing coursework for players, and professors giving passing grades for little or no work, all in the interest of keeping top players eligible.*
- ***Part 3: Drugs** (On SI.com Thursday, 9/12): OSU tolerated and at times enabled recreational drug use, primarily through a specious counseling program that allowed some players to continue to use drugs while avoiding penalties. The school's drug policy was selectively enforced, stars going unpunished despite repeated positive tests.*
- ***Part 4: Sex** (On SI.com Friday, 9/13): OSU's hostess program, Orange Pride, figured so prominently in the recruitment of prospects that the group more than tripled in size under Miles. Both Miles and Gundy took the unusual step of personally interviewing candidates. Multiple former players and Orange Pride*

4

> *members say that a small subset of the group had sex with recruits, a violation of NCAA rules.*
> - **Part 5: The Fallout** *(On SI.com Tuesday, 9/17, and in the 9/23/13 SI issue): SI finds that many players who were no longer useful to the football program were cast aside, returning to worlds they had hoped to escape. Some have been incarcerated, others live on the streets, many have battled drug abuse and a few have attempted suicide.*

To perform my analysis and give opinion on the economic and financial impact of publishing the five-part SI investigative report, I have requested information related to circulation and distribution for the five years prior to the fall 2013 release of "The Dirty Game" and through the date of discovery cutoff to analyze subscription and sales history and to evaluate the effect of this and other special investigatory issues of SI.  I have requested information related to advertisers and advertising rates for the same period for print versions and on SI.com and, specifically, for each of the five installments of "The Dirty Game".  I have also requested financial information specifically related to the production of the five-part investigative report, other special investigation report special issues, other special issues and the regular weekly SI publications.  Finally, I have requested financial information for Time, Inc. and its SI division.

*Analysis and Conclusion*

My analysis of the financial and economic impact of the publication of the five-part "The Dirty Game" investigative report (the "SI Report") on Time, Inc. and SI is incomplete.

Information received will be analyzed to determine the effect of the promotion and publication of the SI Report on subscriptions, rack sales and advertising. Specifically,

- Analysis of subscription data will be designed to ascertain, conclude and opine on whether the SI Report had the effect of increasing or maintaining subscription levels.

5

- Analysis of subscription and rack sale data will be designed to ascertain, conclude and opine on whether SI sales were enhanced by the promotion and publication of the SI Report.

- Analysis of the financial data will be designed to ascertain, quantify, conclude and opine on the enhancement and contribution of profitability realized by the promotion and publication of the SI Report both in terms of the impact of the publication of the individual installments of the SI Report and in terms of the general enhancement and contribution to earnings.

- Analysis of advertising revenue and rate card data, for the SI Report and SI weekly issues, will be designed to ascertain, quantify, conclude and opine on the impact of advertising dollars gained by SI by promotion and publishing of the SI Report and determination and quantification of any short-term and/or long-term impact of advertising rates and revenues achieved by SI.

- Analysis of financial and advertising data will be designed to ascertain, quantify, conclude and opine on the impact of the SI Report on the print versions (parts one and five) and SI's SI.com programing.

**Information Considered**

In connection with developing my opinion I reviewed the documents set forth on Exhibit A attached hereto.


**Exhibits**

Exhibit A – Listing of Information Considered

Exhibit B – Curriculum Vita of Terry J. Westemeir, CPA/ABV/CFF, CFE

Exhibit C – Publications and Testimony


**Expert's Qualifications**

The undersigned has testified in court and through depositions providing his opinion regarding various financial and accounting matters numerous times in the past ten years. A current Vitae is included as Exhibit B. The undersigned has not authored an

6

article in the past ten years. The undersigned has not acted as an instructor for professional groups with respect to accounting and tax matters during that period.

**Compensation**

The fees for this report and related matters will be billed at the applicable hourly rate $285.00 per hour. As of the date of this report, no fees have been billed in this matter.

As noted above, this analysis and the resulting conclusions are based upon the information yet to be provided through the ongoing discovery process. Accordingly, this report is preliminary in nature and will be supplemented upon receipt and analysis of the financial and economic information requested and produced. Should you have any questions regarding this report, please do not hesitate to contact the undersigned.

Very truly yours,

Terry J. Westemeir, CPA/ABV/CFF, CFE

# **EXHIBIT A**

## **Information Considered**

1. Plaintiff's Amended Complaint
2. Special Report on Oklahoma State Football Part 1 – The Money
3. Special Report on Oklahoma State Football Part 2 – The Academics
4. Special Report on Oklahoma State Football Part 3 – The Drugs
5. Special Report on Oklahoma State Football Part 4 – The Sex
6. Special Report on Oklahoma State Football Part 5 – The Fallout
7. Sports Illustrated – Wikipedia
8. Sports Illustrated – Magazine Advertising Costs -- www.gaebler.com
9. Advertising in Sports Illustrated Magazine – www.themediaant.com
10. Sports Illustrated's Advertising Revenue from 2006 to 2013 – www.staista.com
11. Sports Illustrated – www.echo-media.com
12. Sports Illustrated Advertising Rate Card – www.facelookicom
13. Demographics – www.megamediamarketing.com
14. Sports Illustrated Announces "The Dirty Game": An Investigative Report into Oklahoma State Football – Sbanation.com September 9, 2013
15. Making the Wrong Argument – ESPN.com September 13, 2013
16. OSU Spends $165,000 on Investigation of Football Program – Tulsa World July 15, 2014
17. A Summary of the Sports Illustrated Lance Armstrong Investigation – Cyclingnews.com.
18. Sports Illustrated's Special Investigative Report on Jim Tressel & Ohio State Football: -- Kicksair. com
19. College Football Crime Results Revealed in Sports Illustrated, CBS News Reports – Huffingtonpost.com March 2, 2011

1

EXHIBIT B

# TERRY J. WESTEMEIR, CPA, ABV, CFF, CFE
2105 East Fifteenth Street, Suite B
Tulsa, Oklahoma 74104
(918) 856-3800

## CURRICULUM VITA

**EXPERIENCE**

Mr. Westemeir has practiced as a Certified Public Accountant for over thirty six years. His first ten years of practice was directed to providing accounting, tax and financial consulting services to a broad range of clients and entities. For the last twenty six years Mr. Westemeir has focused his career in public accounting to complex accounting, tax, consulting, litigation, forensic, valuation, investigative and fraud matters.

Mr. Westemeir's experience has extended to class action litigation, securities and securities fraud matters, civil and criminal investigations, financial forensics and investigative matters, litigation support and a wide range of valuation engagements. Mr. Westemeir has been designated as expert in matters involving the determination and evaluation of material and significant actual and punitive damage claims and valuation issues.

Mr. Westemeir has testified before the Securities and Exchange Commission, the Department of Justice, the Department of Labor, the Federal Bureau of Investigation, and the Organized Crime Task Force, as well as appearances in Federal and State Courts, and before the Arizona and Oklahoma Accountancy Boards.

Mr. Westemeir has served or presently serves the Courts as Special Master, Discovery Referee, and Receiver. Mr. Westemeir also continues to serve the Oklahoma Accountancy Board as an investigator of alleged malpractice and/or misconduct by its members.

**EMPLOYMENT**

2007 - Present      **Managing Member, The Analytics Group, LLC**

                                        Founder and member of a forensic accounting, investigative, litigation support, business valuation, tax preparation and consulting firm specializing in financial and fraud investigations, forensic accounting engagements and providing accounting, economic, financial, investigative, damages and/or loss analysis and valuation services in litigation and non-litigation environments.

2007 – 2012         **Member, Woodrum, Kemendo, Tate & Westemeir, PLLC**

                                        Member in a Firm specializing in providing a broad range of income tax compliance and consultation, general business, finance and economic

consulting, forensic accounting, litigation support and valuation services to assist clients in identifying solutions to the challenges of uncertainty and risk. Exceptional experience in all phases of the litigation process including assisting counsel in the earliest stages of forensic fact-finding and issue development, financial, economic, valuation and damage analysis and calculations, facilitating settlement negotiations and providing expert testimony or rebuttal. Additional services include fraud investigation and forensic accounting projects which also required providing expert witness testimony regarding conclusions and findings in litigation and non-litigation environments.

**2004 - 2007**  **Partner, Tullius Taylor Sartain & Sartain, LLP**

Partner with a regional business and financial services firm. Responsible for Forensic and Litigation Support Services Practice Section and the Valuation Services Practice Section of the Firm.

Supervised investigations and determined financial and economic losses due to fraud and improper asset conversion. Participated with the Office of the Attorney General, the Federal Bureau of Investigation, the Federal Reserve Bank, the Federal Deposit Insurance Corporation and other regulatory agencies in the discovery and quantification of alleged misconduct by corporate insiders.

Responsible for evaluating possible claims of misconduct by professional firms performing legal and attest functions.

Participate with counsel in evaluating and valuing potential class action claims in matters involving fiduciary and environmental issues.

Named as expert and/or fact witness in matters involving claims of personal, business and casualty losses and business valuation issues.

**1991 - 2004**  **Specialist, Munger Tolles & Olson, LLP**

Litigation support specialist with a nationally recognized law firm providing clients with legal services of the highest quality with the utmost integrity. Responsible for interface with attorneys and retained experts in dealing with accounting, economic and financial matters related to securities, commercial and media litigation, criminal investigations and defense, bankruptcy, real estate and employment law.

- Played a significant role in developing and review of settlement models and calculations. Participated in presenting calculations to opposing counsel, insurance representatives and government agencies. Successfully negotiated claims within policy limits including;

- Litigation of a billion dollar claim against a brokerage firm following the bankruptcy of a municipality.

- Litigation of a four hundred million dollar claim against an international toy manufacturer for allegedly arranging a (failed) merger to achieve financial targets.

- Litigation of a one hundred million dollar class action claim against a national health care provider for alleged mismanagement and manipulation of publicly reported financial results.

- Reviewed and developed arguments related to client claim of purchase price adjustments totaling $982 million. Prepared arguments for presentation to an accounting arbitrator.

- With counsel, successfully negotiated with the Department of Justice penalties for claims of fraud in the amount of $478 million for a national health care provider.

- Prepared analysis of audit working papers and assisted in the preparation of witnesses and experts in defense of accountants' malpractice claims ranging from $20 million to $600 million.

- Evaluated potential claims against law firms and accountants for professional misconduct and failure to detect earnings management, fraud and/or insider abuse.

- Testified and was part of team presentations before the Securities and Exchange Commission where we were successful on behalf of clients in avoiding further investigation and/or obtained "no action" notification.

- Worked closely with SEC during investigation of a $100 million healthcare equipment and management services provider. Investigation included a review for fraudulent sales and manipulation of reported quarterly earnings, restatement of previously filed public reports and administrative action against former officers.

- Oversaw all aspects of an investigation of corporate officers of a public company. After removal of said officers assumed de facto operating responsibilities including the filing of quarterly and annual reports.

- Reviewed, organized and prepared for trial records of an entity shuttered by the FBI. Successfully defended Chairman and CEO on 36 counts of bank fraud.

- Successfully orchestrated auction of public company at a price higher than the market capitalization.

- Prepared and presented damage calculations and settlement scenarios for various arbitration and mediation proceedings ranging from $500,000 to hundreds of million dollars.

- Oversaw all aspects of control and production of corporate records in security class-action litigation including review for privilege and imaging processes.

**1987 - 1991**  **Senior Manager, Deloitte & Touche, LLP**

Senior manager with an international accounting firm. Specialized in consulting to and auditing of financial services entities.

- Participated with in-house counsel's office and outside counsel in protective review and analysis of audit working papers and interface with engagement teams in strategizing defense themes related to audits in California, Nevada and Arizona.

- Oversaw audits of financial services entities.

**1984 - 1987**  **Partner, Sharp, Bausch & Co. (merged into Sartain, Fischbein & Co. in 1985)**

Managing partner in a regional accounting firm. Responsible for audits, tax services, and consulting to banks in Oklahoma, Kansas and Texas. Following merger, served as senior manager responsible for audits of financial services and extractive industry clients.

- Oversaw annual audits and directors' examinations for over 40 banks.

- Partnered with the FDIC in change of control, management transition and, where necessitated, closure of banks.

**1977 - 1984**  **Peat, Marwick, Mitchell & Co.**

Staff and management positions with an international accounting firm.

- Participated in audits of entities in the financial services, extractive, manufacturing, healthcare and entertainment industries.

## EDUCATION

**1976**     University of Oklahoma, Bachelor of Accountancy
**1977**     University of Oklahoma, Masters of Accountancy

## MEMBERSHIPS AND ORGANIZATIONS

American Institute of Certified Public Accountants (AICPA)
Oklahoma Society of Certified Public Accountants (OSCPA)
AICPA Business Valuation Section
Association of Certified Fraud Examiners
OSCPA Business Valuation/Forensics and Litigation Support Committee – Chair 2012 - 13
Investigator – Oklahoma Accountancy Board

## CERTIFICATIONS

Certified Public Accountant (CPA)
Accredited in Business Valuation (ABV)
Certified in Financial Forensics (CFF)
Certified Fraud Examiner (CFE)

# EXHIBIT C

# Terry J. Westemeir, CPA/ABV/CFF, CFE
**Publications and Expert Testimony Experience**

**Publications Within the Last Ten Years**

None

**Expert Testimony Within the Last Four Years**

Chesapeake Operating Company v ZBJ, LLC, f/k/a Tomahawk Treating Services, LLC, and Jack Amen — CIV-13-940-M

Hewitt's Badger Daylighting, Inc., et al v Badger Daylighting Corporation, et al; B-CJ-2011-30

Beverly Sharrock, Donald Sharrock and Binger Oil Products, LLC vs. Fuel Managers, Inc., FMI Acquisitions, Inc., Retail Fuel Marketing, LLC and Robert D. Phillips, Jr. – CJ-2007-8123

Hemphill Corporation v Air-X Hemphill, LLC, et. al.; CJ 2005 03190

Manorcare Health Services v. Hearne, Lee; CJ 2011-1945

Utica Place, LLC v Cowen Construction IV; CJ 2008 - 7864

State of Oklahoma v. Robin Marie Warford; CF 2012-5726

J.L. Todhunter v. S.J. Todhunter and Accell Construction, Inc. FD 2012-205

Waits v Viersen Oil & Gas Co.; CJ 2011-4325

State of Oklahoma v. Sharon Denise Pugh; CF 2013-5235

K. Mensch v. United States of America; CIV-13-164-FHS-SPS

The Guardianship of Carmaleita R. Langston; PG-2011-106

State of Oklahoma v. Ann Marie Turner and Tracy Darin Turner; CF 2014-410

T.D. Zahn v. H.W. Zahn; FD 2014-3040

Environmental Sales and Services, Inc. v. Katch Kan USA, LLC, Katch Kan Holdings USA, Inc. and Quinn Holtby; Case No. 21219/RD

Dyer Memorial Chapel, Inc. v. Liberty Mutual; Case No. 16-cv-00018-GKF-PJC

Laura Elaine Stafford v. Paul Ryan Stafford; Case No. FD-2013-916

Michael J. Singleton v. Lum's Sales & Service and Randal L. Lum individually and d/b/a Lum's Sales & Service and Lum Enterprises, Inc.; Case No. CJ2015-00713

The Guardianship of Martha Adams Nolan; PG-2014-1

The Estate of Ruth Lorraine Rappenecker; PB-2012-885

ONB Bank & Trust Co v. Concrete Paving Specialists, LLC, Brett C. Inman and Amy E. Inman, defendants, counter and third-party plaintiffs v ONB Bank and Trust Company, counter-defendants and Central Bancompany, Inc. and Christian M. Myers, third-party defendants; Case No. CJ-2011-2063


*As Special Master for the Court:*

Utica Place, LLC v Cowen Construction IV; CJ 2008 7864
Cowen Construction IV v Utica Place LLC, et.al.; CJ 2009 09578
Cowen Construction IV v Utica Place LLC, et.al.; CJ 2009 09579
Cowen Construction IV v Utica Place LLC, et.al.; CJ 2009 09580
Cowen Construction IV v Utica Place LLC, et.al.; CJ 2009 09581
American Glass, Inc. v Cowen Construction, IV, et. al.; CJ 2009 9779